ROSSTEUSCHER (MORTIMER v.). See Case No. 9,863.

ROSSVALLY (UNITED STATES v.). See Case No. 16,197.

ROTAN, The SAMUEL. See Case No. 11,226.

---

## Case No. 12,083.

### ROTCHFORD v. MEADE.

[3 Cranch, C. C. 650.] [1]

Circuit Court, District of Columbia. Nov., 1829.

REPLEVIN—COGNIZANCE—JOINDER OF COUNTS.

In replevin, several counts cannot be joined in the cognizance.

[1] [Reported by Hon. William Cranch, Chief Judge.]

The defendant made cognizance in three counts: 1st. As bailiff of Scholfield, attorney of Harper; 2d. As bailiff of Harper; and, 3d. As bailiff of Scholfield, upon his own seizin. The plaintiff demurred specially to the cognizance, for duplicity. The Virginia statute only gives to plaintiffs in replevin the right to plead double; nor to the defendants.

THE COURT (nem. con.) was of opinion that several counts cannot be joined, in cognizance in replevin; and especially claims in different rights, which could not be joined in a declaration.

Judgment for the plaintiff on the demurrer.